```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK ............ X

IN THE MATTER OF AN APPLICATION TO
BRING AN ELECTRONIC DEVICE(S) INTO
THE DANIEL PATRICK MOYNIHAN UNITED
STATES COURTHOUSE FOR USE IN A TRIAL
OR PROCEEDING
.................................................... X

09 Cr. 1058    Order No. ____

I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled United States v. Rubin/Chambers, Dunhill Ins. Servs., Inc., et al., No. S1 09 Cr. 1058 (VM), which is anticipated to begin on December 29, 2011 and conclude on December 29, 2011.

| Attorney | Device(s) |
| --- | --- |
| 1. Alyssa Ziegler | Three laptops |
| 2. | |
| 3. | |
| 4. | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

This order does not authorize any attorney or law firm to bring more than three GPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

SO ORDERED.

Dated: 22 December 2011

Victor Marrero
United States Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

*(The provisions on page 2 are an integral part of this order.)*

## ADDITIONAL PROVISIONS

1.  The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2.  GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3.  Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4.  No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

December 21, 2011

Michael G. McGovern
212-841-8860
646-728-1675 fax
michael.mcgovern@ropesgray.com

**BY FAX**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

   Re: In The Matter of an Application to Bring an Electronic Device(s) into the Daniel Patrick Moynihan United States Courthouse for Use in a Trial or Proceeding

Dear Judge Marrero:

  Enclosed please find a proposed order authorizing the listed attorney to bring in General Purpose Computing Devices for use in *United States v. Rubin/Chambers, Dunhill Ins. Servs., Inc., et al.*, No. S1 09 Cr. 1058 (VM). The order is for December 29, 2011, which is the date that the Court has reserved for the parties to test electronic equipment they plan to use at trial.

              Respectfully submitted,

              Michael G. McGovern